

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-73,556-03

**EX PARTE CHRISTOPHER LAMAR MOORE, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 2007-503-C3B IN THE 54TH DISTRICT COURT FROM MCLENNAN COUNTY

*Per curiam*.

## O R D E R

Applicant was convicted of aggravated robbery and sentenced to twenty-nine years' imprisonment. The Tenth Court of Appeals affirmed his conviction. *Moore v. State*, No. 10-08-00211-CR (Tex. App.–Waco, July 2, 2009). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant attaches an affidavit to his writ application, which he alleges is newly discovered evidence. The State calls into question the credibility of the unsworn affidavit and claims that, even if true, Applicant fails to show that his sentence would have been different without that testimony. The application was forwarded to this Court without the trial court making findings of fact and

conclusions of law. We remand this application to the trial court to complete an evidentiary investigation addressing whether the affidavit provides a newly available factual basis for a subsequent writ application. Tex. Code Crim. Proc. art. 11.07 Sec. 4(c). If the trial court determines the affidavit overcomes the Section 4 bar to subsequent applications, the trial court shall also make findings of fact and conclusions of law regarding the credibility of the affidavit and the effect of this evidence on Applicant's sentence.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.


Filed: October 7, 2020
Do not publish